**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANGEL NIEVES GUZMAN** | |
| **Plaintiff** | **CIVIL ACTION**<br>**No.** |
| **v.** | |
| **LINEAGE LOGISTICS** | |
| **Defendant** | **PLAINTIFF REQUESTS A TRIAL BY JURY** |

## CIVIL ACTION COMPLAINT

1. Angel Nieves Guzman (hereinafter "Plaintiff") is an adult individual residing in Pennsylvania.

2. Lineage Logistics (hereinafter "Defendant"), is a business, company, entity, partnership, franchise, fictitious name, proprietorship or corporation existing and/or qualifying under the laws of the Commonwealth of Pennsylvania.

3. Jurisdiction is appropriate in this action because the parties have diversity of citizenship, and the value of the dispute exceeds $75,000. In addition, the Eastern District of Pennsylvania has general jurisdiction among the parties and specific jurisdiction among the contract in question.

4. Upon information and belief, Defendant Lineage Logistics is the Successor in Interest for OCS

   Logistics.

5. Plaintiff was a former employee of OCS Logistics.

6. Plaintiff previously brought a lawsuit for employment discrimination and wrongful termination in the Eastern District of Pennsylvania against OCS Logistics.

7. Plaintiff, by way of settlement conference, reached a resolution on that claim.

8. The settlement was for $10,000 and the opportunity to return to work at OCS Logistics.

9. Plaintiff executed the settlement agreement.

10. However, OCS Logistics never executed the settlement agreement.

11. OCS Logistics never honored the settlement agreement.

12. OCS Logistics never paid Plaintiff any of his settlement proceeds.

13. OCS Logistics breached their contract with the Plaintiff.

14. Subsequently, upon information and belief, Defendant Lineage Logistics purchased OCS Logistics and became the successor in interest.

15. Defendant Lineage Logistics is thus liable to the breach of contract of OCS Logistics.

**COUNT ONE**

**BREACH OF CONTRACT**

14. Plaintiff, Angel Nieves Guzman, incorporates herein, by reference thereto, paragraphs one through seventeen, inclusive, as though the same were set forth herein at length.

15. Plaintiff entered a binding contract with OCS Logistics.

16. OCS Breached the contract.

17. Subsequently, Defendant Lineage Logistics purchased OCS Logistics, becoming a successor in interest.

18. As such, Plaintiff now brings this action against Defendant Lineage Logistics for breach of contract.

WHEREFORE, Plaintiff respectfully requests compensatory damages and punitive damages against Defendant Lineage Logistics. in excess of $75,000 together with punitive damages, as well as costs, interest and other relief the Court may deem appropriate under the circumstances.

**MALAMUT & ASSOCIATES, LLC**

/s/ Mark R. Natale
Mark R. Natale, Esquire